# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:00-CR-45-1

HOBSON LEON WILLIAMSON

    On Friday, October 5, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Kevin L. Connolley  
Kevin L. Connolley  
Supervisory U.S. Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 7th _____ day of _____ April _____, 2012.

James C. Fox  
Senior U.S. District Judge